1010

No. 94–7969. MARKLING *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7970. JONES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–7973. ACOSTA-LAO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7979. FRANK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7982. TORO-NINO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7983. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8012. CARTER *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–732. ALABAMA *v.* BONNER. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1283. QUALLS *v.* REGIONAL TRANSPORTATION DISTRICT ET AL.; and QUALLS ET AL. *v.* REGIONAL TRANSPORTATION DISTRICT ET AL. C. A. 10th Cir. Motion of respondents for award of damages and double costs granted, and respondents are awarded a total of $500 to be paid by petitioners to counsel for respondents on or before March 27, 1995. Certiorari denied.

No. 94–7971. NEVCHERLIAN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–5352. MOORE *v.* PENNSYLVANIA, 513 U. S. 1114;
No. 94–6795. BRADVICA *v.* JONES, WARDEN, 513 U. S. 1092;
No. 94–6888. JUELS *v.* DEUTSCHE BANK AG, 513 U. S. 1096;
No. 94–6949. GILMORE *v.* GREGG ET AL., 513 U. S. 1130;
No. 94–6982. SCHAFFER *v.* BEVEVINO ET AL., 513 U. S. 1116;
No. 94–6987. HALL ET AL. *v.* LOCAL UNION 1183, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, 513 U. S. 1116;

No. 94–6992. PIZZO v. WHITLEY, WARDEN, ET AL., 513 U. S. 1116;

No. 94–6993. MIZKUN v. WIDNALL, SECRETARY OF THE AIR FORCE, ET AL., 513 U. S. 1099; and

No. 94–7043. BAEZ v. DOUGLAS COUNTY COMMISSION ET AL., 513 U. S. 1117. Petitions for rehearing denied.

No. 94–6177. RIDINGS v. UNITED STATES, 513 U. S. 976. Motion for leave to file petition for rehearing denied.

### MARCH 9, 1995

No. 94–1251. FARRON v. DUN & BRADSTREET, INC. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46. █

### MARCH 17, 1995

No. 94–8465 (A–660). WILLIAMS v. GRAMLEY, WARDEN, ET AL. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. █

### MARCH 20, 1995

No. 93–1907. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. MOTHER FRANCES HOSPITAL OF TYLER, TEXAS. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Shalala v. Guernsey Memorial Hospital, ante, p. 87. █

No. ———. BILZERIAN v. SECURITIES AND EXCHANGE COMMISSION;

No. ———. WILL v. WILL;